

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-80,210-01

### EX PARTE JOHN PAUL ROSS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1195999D IN THE 396th DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery by threats and sentenced to thirty years' imprisonment. The Second Court of Appeals affirmed his conviction. *Ross v. State*, No. 02-11-000163-CR (Tex. App.—Fort Worth, delivered August 23, 2012, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed.

Based on the record, which includes an affidavit filed by appellate counsel, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify

Applicant that his conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Second Court of Appeals in Cause No. 02-11-00163-CR that affirmed his conviction in Cause No. 1195999D from the 396TH District Court of Tarrant County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: October 9, 2013
Do not publish